# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155270(66)

JOHN L. SMELTZER and DEBRA A.
SMELTZER,
      Plaintiffs-Appellees,

v

SC: 155270
COA: 328355
Genesee CC: 10-094020-CZ

FERNE ROOT DAIGLE, a/k/a FERNE
ROOT,
      Defendant-Appellant,
and

ARTHUR H. DAIGLE,
      Defendant.
_____/

      On order of the Chief Justice, the motion of the Michigan Realtors to file an amicus curiae brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on March 13, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk